UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **RODERICK WOODS** )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>**AMERICAN CORADIUS** )<br>**INTERNATIONAL, LLC** )<br>    Defendant, )<br> ) | **Civil Action No. 3:15-cv-10321-MAP** |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: March 20, 2015

RESPECTFULLY SUBMITTED:

/s/ Kevin V. K. Crick
Kevin V. K. Crick, Esq.
Rights Protection Law Group, PLLC
8 Faneuil Hall Marketplace, Third Floor
Boston, MA 02109
Phone: (978) 420-4068
Fax: (978) 420-4062
Email: k.crick@rightsprotect.com
Attorney for Plaintiff

**PROOF OF SERVICE**

    I hereby certify that on March 20, 2015, a copy of the foregoing was filed electronically in accordance with the Court's Electronic Filing Guidelines. Notice of this filing will be sent to all parties by operation of the court's electronic filing system and electronic email. Parties may access this filing through the court's system.

                                                  /s/ Kevin V. K. Crick, Esq.