UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RODERICK WOODS,              )
          Plaintiff       )
                          )
    v.                       )   Civil Action No.  15-10321-MAP
                          )
AMERICAN CORADIUS            )
INTERNATIONAL, LLC,          )
          Defendant       )

SETTLEMENT ORDER OF DISMISSAL
April 29, 2015

The court, having been advised on March 20, 2015, that the above-entitled action has been resolved;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty days if resolution is not consummated.

By the Court,

/s/ Bethaney A. Healy
Bethaney A. Healy
Deputy Clerk